UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

NATASHA BLACK, on behalf of her )
minor child T.E., )
 )
    Plaintiff, )
 )
v. )
 )   Case No. CV414-192
CAROLYN COLVIN, )
Acting Commissioner of )
Social Security, )
 )
    Defendant. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this \_\_17 day of \_\_January\_\_, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA