# United States District Court
## *Southern District of Georgia*

NATASHA BLACK, on behalf of her
minor child T.E,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 4:14-cv-192

CAROLYN COLVIN,
Acting Commicioner of
Social Security,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury
has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been
rendered.

## IT IS ORDERED AND ADJUDGED

that in accordance with the Order of the Court entered this 12th day of January 2016, adopting the

Report and Recommendation of the Magistrate Judge, judgment is hereby entered dismissing the

Plaintiff's complaint with prejudice. This case stands closed.

Approved by: _____

Date  January 12, 2016

Scott L. Poff
*Clerk*

s/Candy Asbell

*(By) Deputy Clerk*

